NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JASON TUCKER,                          )
                                       )
      Appellant,                      )
                                       )
v.                                     )   Case No.  2D14-1743
                                       )
RODNEY EDWARD AMICK,                   )
                                       )
      Appellee.                       )
_____)

Opinion filed April 24, 2015.

Appeal from the Circuit Court for Charlotte
County; Paul Alessandroni, Judge.

Jason Tucker, pro se.

Rodney Edward Amick, pro se.


PER CURIAM.

       After careful review of the record, and with the benefit of oral argument,

we conclude that the trial court committed no legal error in entering the final judgment of

injunction for protection.

       Affirmed.


KELLY, LaROSE, and KHOUZAM, JJ., Concur.